UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AUDRAIN JONES, | |
| Plaintiff, | |
| v. | CAUSE NO. 3:21-CV-661-JD-MGG |
| JOHN DOE, et al., | |
| Defendants. | |

OPINION AND ORDER

Audrain Jones, a prisoner without a lawyer, was granted leave to proceed against Warden Galipeau in his official capacity for injunctive relief to provide constitutionally adequate dental care for Audrain Jones's painful dental condition, as required by the Eighth Amendment. ECF 3. All other claims were dismissed. After Warden Galipeau filed a response, the court granted a preliminary injunction and ordered Warden Galipeau to ensure that Audrain Jones was seen and treated by a licensed dentist. ECF 8. The court further ordered Warden Galipeau to file a report with the court verifying compliance with the court's order. *Id.* Warden Galipeau provided proof of compliance. ECF 10. He has also moved to dismiss this case as moot. ECF 11. Jones did not respond to the motion.

When a case becomes moot, the court loses subject matter jurisdiction, and the case must be dismissed. *See Pakovich v. Verizon LTD Plan*, 653 F.3d 488, 493 (7th Cir. 2011). Jones has been examined and treated by a dentist, and his claim for injunctive relief is now moot.

For these reasons, the court GRANTS the Motion to Dismiss (ECF 11) and orders the Clerk to dismiss this case.

SO ORDERED on December 6, 2021

/s/JON E. DEGUILIO
CHIEF JUDGE
UNITED STATES DISTRICT COURT